FILED

05/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0456

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0456

_____

MOODYS MARKET, INC.; LIQUID ENGINEERING
CORP.; STIEG RANCH, LLC; Z INC.; STORY
DISTRIBUTING CO.; VINTON CONSTRUCTION;
MONTANA ROOFING CONTRACTORS
ASSOCIATION, INC.; ACE ROOFING, LLC;
CORY SIMONS CONSTRUCTION, INC.; and
NATIONAL FEDERATION OF INDEPENDENT
BUSINESS,

                                                      O R D E R

        Plaintiffs and Appellants,

   v.

MONTANA STATE FUND, MONTANA BOARD OF
INVESTMENTS and STATE OF MONTANA,

        Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 13 2020